Millard E. Price #441452
J.T.V.C.C.
1181 Paddock Road
Smyrna, DE 19977

FILED
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 27, 2008

Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

RE: Price v. Deloy
    Civil Action No.: 08-444-GMS

Honorable Gregory M. Sleet;

I'm writing this letter regarding your Order dating 24 July 2008. Said Order granted Plaintiff permission to proceed in forma pauperis. However, "Notwithstanding" the Court's Order granting in forma pauperis, the Court demanded payment of a $350.- filing fee and based its initial partial filing fee and subsequent percentile payment on calculations I feel are incorrect.

Sir, I beg the Court's apology if I am wrong

but I'm confused with the Court's demand for a filing fee after having granted in forma pauperis proceedings. Secondly, the Court's calculations show an average of $115.35, "the greater of his average monthly deposit and average daily balance. Sir, an examination of the "Average Daily Balance for Pauperis filing", submitted by Sussex Correctional Institutions shows an average daily balance of $55.25. Furthermore, the maximum in the account from April 18th - April 22nd was only $100.32. I'm confident the Court will agree the average balance cannot logically exceed the maximum balance.

I have no problem signing the Court's Authorization provided it is accurate. We all make mistakes and I apologize if I'm making one now. I desire to proceed but I'm requesting the Court evaluate its Order.

Sincerely,

Millard

I/M M. Price
SBI# 441452   UNIT B Annex / Dorm 3
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUL 2008 PM 3 T

Honorable Gregory M. Sleet
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801-3570