IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MILLARD E. PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-444-GMS |
| | ) |
| WARDEN MICHAEL E. DELOY, | ) |
| | ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Millard E. Price, SBI #441452, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $23.07 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 24, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 12, 2008.

FILED
AUG 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Re scanned

_Millard S. P._
Signature of Plaintiff

Millard E. Price #441452
DCC
1181 Paddock Road
Smyrna, DE 19977

